IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KISMET COOKE,
    Plaintiff,

vs.                      CASE NO.: 3:08cv527/MCR/MD

ADVANCED FIRE PROTECTION
SERVICES,
    Defendant.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 10, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to dismiss (doc. 37) is GRANTED and plaintiff's third amended complaint is dismissed with prejudice, and the clerk is directed to close the file.

DONE AND ORDERED this 13th day of January, 2010.

                        s/ *M. Casey Rodgers*
                        M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE